UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :
                        Plaintiff,                              :
                                                                :          Civil Action No.
STATE OF NEW YORK and BARBARA                                   :          CV-97-2154
DEBUONO, M.D., as COMMISSIONER                                  :          (Gershon, J.)
of the NEW YORK STATE DEPARTMENT                                :          (Gold, M.J.)
OF HEALTH,                                                      :
                                                                :
                Plaintiffs-Intervenors:                         :
                                                                :
                                                                :
        - against -                                             :
                                                                :
CITY OF NEW YORK and NEW YORK                                   :
CITY DEPARTMENT OF ENVIRONMENTAL                                :
PROTECTION                                                      :
                                                                :
                Defendants.                                     :
                                                                :
-------------------------------------------------------------- x

**AMENDED ATTACHMENT E TO**
**THE SECOND SUPPLEMENT TO THE CONSENT DECREE**


ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
One Pierrepont Plaza, 14th Floor
Brooklyn, New York 11201
DEBORAH B. ZWANY (DBZ 7987)
Senior Litigation Counsel
(718) 254-6010

GORDON J. JOHNSON (GJ 7379)
Deputy Bureau Chief
New York State Attorney General's Office
Environmental Protection Bureau
120 Broadway
New York, New York 10271

**Croton Water Treatment Plant at Mosholu**
**Interim Milestones**

| Milestone Description | Milestone Date |
|---|---|
| **Complete 25% of Excavation** | **December 31, 2005** |
| **Complete 50% of Excavation** | **July 1, 2006** |
| **Issue Notice to Proceed for WTP Electrical Contract** | **February 8, 2007** |
| **Issue Notice to Proceed for WTP HVAC Contract** | **February 8, 2007** |
| **Complete Excavation for Treated Water Tunnel Access Shaft** | **June 30, 2007** |
| **Start Structural Concrete Placement for WTP** | **November 30, 2007** |
| **Issue Notice to Proceed for WTP Plumbing Contract** | **December 31, 2007** |
| **Place 15% of Structural Concrete for WTP** | **May 31, 2008** |
| **Place 40 % of Structural Concrete for WTP** | **October 31, 2008** |
| **Place 65% of Structural Concrete for WTP** | **April 30, 2009** |
| **Complete Tunnel Excavation to Raw and Treated Water Connections** | **September 30, 2009** |
| **Place 95% of Structural Concrete for WTP** | **April 15, 2010** |
| **Complete Installation of Flocculators (without startup or testing)** | **October 31, 2010** |