UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

       Plaintiff,

STATE OF NEW YORK AND BARBARA
DEBUONO, M.D., as COMMISSIONER
OF THE NEW YORK STATE
DEPARTMENT OF HEALTH,

       Plaintiffs-Intervenors,

- against -

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF ENVIRONMENTAL
PROTECTION,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER TERMINATING
CONSENT DECREE

Civil Action No. CV 97-2154
(Gershon, J.)
(Gold, M.J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 28 2016 ★
BROOKLYN OFFICE

    The motion on consent by all parties to this action for termination of the Consent Decree and supplements thereto, which were entered by this Court on November 24, 1998, May 7, 2002 (Supplement to the Consent Decree), January 27, 2005 (Second Supplement to the Consent Decree), and on September 29, 2015 (Third Supplement to the Consent Decree) is hereby granted.

    The Clerk of the Court is directed to close the above-captioned case.

Dated: Sept. 6, 2016

                                      /s/ **Nina Gershon**
                              HONORABLE NINA GERSHON
                              United States District Judge